# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ROSEMARY BREAKFIELD**                                                          **PLAINTIFF**

**v.**                    **CASE NO. 4:10-cv-1490 BSM**

**FIRST RELIANCE STANDARD**
**LIFE INSURANCE COMPANY**                                                 **DEFENDANT**

## ORDER

The parties' joint motion to dismiss [Doc. No. 8] is GRANTED. Rosemary Breakfield's action against First Reliance Standard Life Insurance Company is dismissed with prejudice. Each party is responsible for its own fees and costs.

IT IS SO ORDERED this 14th day of April, 2011.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE